UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No.  8:10-cr-432-T-23MAP
                                                      8:11-cv-2047-T-23MAP
RAYFIELD HENRY, JR.
_____/

**O R D E R**

  Henry's motion to vacate under 28 U.S.C. § 2255 was stayed and this case was administratively closed pending a determination whether the Fair Sentencing Act of 2010 ("FSA") is retroactively applicable to defendants who committed their offense after the enactment of the FSA but who were sentenced before the effective date of the FSA.  Henry moves (Doc. 5) to re-open this case because *Dorsey v. United States*, ___ U.S. ___, 132 S. Ct. 2321 (2012), and *Unites States v. Rojas*, ___ F.3d ___, 2012 WL 2549040 (11th Cir. July 3, 2012), hold that the FSA is retroactively applicable.  As a consequence, Henry is entitled both to relief on his Section 2255 motion to vacate and to a re-sentencing.

  Accordingly, the motion to re-open (Doc. 5 is **GRANTED**.  The earlier order (Doc. 4) administratively closing this case is **VACATED**.  The clerk shall re-open this case.  Further, the motion to vacate (Doc. 1) is **GRANTED**.  The clerk shall

enter a judgment for Henry and close this case. The clerk shall file a copy of this order in the criminal case.

ORDERED in Tampa, Florida, on July 26, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE